UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CR-00138-01,02** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRIAN BROUSSARD (01)**<br>**SHALLA ADAMS (02)** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before the Court is a MOTION TO SEVER DEFENDANT [Doc. 67] filed by Shalla Adams (02) in this criminal action. After an independent review of the record and noting the OBJECTION TO REPORT AND RECOMMENDATION [Doc. 74] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 73] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, the MOTION TO SEVER [Doc. 67] by Defendant, Shalla Adams is DENIED, consistent with the REPORT AND RECOMMENDATION [Doc. 73].

**THUS, DONE AND SIGNED** in chambers on 11th day of April, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE